| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____ Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Don Ramon's Real Estate LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **48-1287157** |
| 4. | **Debtor's address** | **Principal place of business** **225 11th Street** **San Francisco, CA 94103** Number, Street, City, State & ZIP Code  **San Francisco** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

| Debtor | Don Ramon's Real Estate LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

7. **Describe debtor's business**  A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☑ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   _____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☑ Chapter 11. *Check **all** that apply:*

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). See Attachment "A."

   ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   ☑ No.
   ☐ Yes.

   | District | _____ | When | _____ | Case number | _____ |
   |---|---|---|---|---|---|
   | District | _____ | When | _____ | Case number | _____ |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☑ No
    ☐ Yes.

Case: 21-30191    Doc# 1    Filed: 03/10/21    Entered: 03/10/21 19:32:55    Page 2 of 16

Official Form 201                     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                           page 2

| Debtor | **Don Ramon's Real Estate LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 10, 2021**
MM / DD / YYYY

X **/s/ Leonila Ramirez**                          **Leonila Ramirez**
Signature of authorized representative of debtor     Printed name

Title **Manager**

**18. Signature of attorney**

X **/s/ Gregory A. Rougeau**                       Date **March 10, 2021**
Signature of attorney for debtor                     MM / DD / YYYY

**Gregory A. Rougeau 194437**
Printed name

**Brunetti Rougeau LLP**
Firm name

**235 Montgomery Street, Suite 410**
**San Francisco, CA 94104**
Number, Street, City, State & ZIP Code

Contact phone **(415) 992-8940**    Email address **grougeau@brlawsf.com**

**194437 CA**
Bar number and State

**IN RE DON RAMON'S REAL ESTATE LLC**

**ATTACHMENT TO VOLUNTARY PETITION**

      The Debtor is a debtor as defined in 11 U.S.C. § 1182(1), in that its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, and it chooses to proceed under Subchapter V of Chapter 11.

      The Debtor is a wholly owned LLC, the Debtor is a disregarded entity for tax purposes. Its financial statements are consolidated with a corporation, Don Ramon's Mexican Restaurant, Inc., also wholly owned by Leonila Ramirez.

      Attached hereto are the most current financial statements, and portions of the Ms. Ramirez's tax returns, that reflect the operations of the Debtor and Don Ramon's Mexican Restaurant, Inc.

# DON RAMON'S
# Balance Sheet
### As of December 31, 2020

|  | Dec 31, 20 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
|   **Checking/Savings** | |
|     Bank of America #9625 | 35,825.35 |
|     Cash on Hand / Paid Out | 5,665.31 |
|     Wells Fargo (BOEQ) #6838 | 945.86 |
|   **Total Checking/Savings** | 42,436.52 |
|   **Accounts Receivable** | |
|     Accounts Receivable | 4,231.10 |
|   **Total Accounts Receivable** | 4,231.10 |
|   **Other Current Assets** | |
|     Inventory | |
|       Food | 3,086.58 |
|       Inventory - Other | 10,200.00 |
|     **Total Inventory** | 13,286.58 |
|     Undeposited Funds | -319.19 |
|   **Total Other Current Assets** | 12,967.39 |
| **Total Current Assets** | 59,635.01 |
| **Fixed Assets** | |
|   Accum Depr - Rest. Furn/Equip | -711,158.40 |
|   Building | 5,292,000.00 |
|   Building Improvements | 97,834.00 |
|   Land | 50,935.00 |
|   Rest.Furn/Equip Purchased 2003 | 16,464.50 |
|   Restaurant Furniture/Equipment | 629,349.71 |
| **Total Fixed Assets** | 5,375,424.81 |
| **Other Assets** | |
|   Deposit-PG & E | 802.27 |
|   Due from Don Ramons Real Estate | 20.00 |
|   Liquor License | 61,907.19 |
|   Security Deposit State Board | 7,500.00 |

# DON RAMON'S
# Balance Sheet
### As of December 31, 2020

|  | Dec 31, 20 |
|---|---:|
| **Vendor Deposits** | |
|     Security Deposit POS System | 1,440.00 |
|     Vendor Deposits - Other | 150.00 |
| **Total Vendor Deposits** | 1,590.00 |
| **Total Other Assets** | 71,819.46 |
| **TOTAL ASSETS** | **5,506,879.28** |
| **LIABILITIES & EQUITY** | |
|   Liabilities | |
|     Current Liabilities | |
|       Other Current Liabilities | |
|         Equipment Purchase | -1,951.64 |
|         Gratuity Payable | 12,950.75 |
|         Loan from SBA-PPP | 60,000.00 |
|         Notes Payable Ricardo Valdez | 15,000.00 |
|         Payroll Tax Payable | |
|           City of SF Payroll Liability | -5,794.41 |
|           Federal | |
|             940 | 1,436.88 |
|             941 | -9,086.93 |
|             Federal - Other | -24,066.74 |
|           Total Federal | -31,716.79 |
|           State | |
|             DE9 - ETT | 2,993.92 |
|             DE9 - SUI | 17,833.35 |
|             SDI | -2,788.91 |
|             State Withholding | -15,819.92 |
|           Total State | 2,218.44 |
|         Total Payroll Tax Payable | -35,292.76 |
|         Personal loan from Lee Ramirez | 83,410.00 |
|         Personal Loans Payable | |
|           Loan - Rico Valdez | 2,400.00 |
|           Loan - Bryan H | 10,000.00 |
|           Loan - Carmella | 9,516.86 |
|           Loan - Jason | 45,000.00 |
|           Loan - V. Cantillon | 9,990.51 |
|           Loan  - Ciavarelli | 10,000.00 |
|           Loan Curtis Wong | 5,000.00 |
|           Loan from Kevin | 9,800.00 |
|           Loan From Nati Ramirez | 40,200.00 |

# DON RAMON'S
# Balance Sheet
### As of December 31, 2020

|  | Dec 31, 20 |
|---|---:|
| **Loan Payable John Newlin** | 24,330.16 |
| **Temp Loan From Lucy** | 1,623.00 |
| **Total Personal Loans Payable** | 167,860.53 |
| **Property Tax Payable** | 5,758.12 |
| **Sales Tax Payable** | -950.65 |
| **Sales Tax Payable A** | 4,919.56 |
| **Total Other Current Liabilities** | 311,703.91 |
| **Total Current Liabilities** | 311,703.91 |
| **Long Term Liabilities** | |
|     Loan from SBA-EIDL | 159,900.00 |
|     Notes Payable - Mortgage | 5,250,000.00 |
|     Security Deposit - Tenant | 2,500.00 |
| **Total Long Term Liabilities** | 5,412,400.00 |
| **Total Liabilities** | 5,724,103.91 |
| **Equity** | |
|     Prior Period Adjustments | 33,376.61 |
|     Retained Earnings | 24,169.54 |
|     Net Income | -274,770.78 |
| **Total Equity** | -217,224.63 |
| **TOTAL LIABILITIES & EQUITY** | **5,506,879.28** |

Case: 21-30191   Doc# 1   Filed: 03/10/21   Entered: 03/10/21 19:32:55   Page 8 of 16

# DON RAMON'S
## Profit & Loss
### January through December 2020

|  | Jan - Dec 20 |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     Fund-Raising | 31,132.03 |
|     Rental Income (Real Estate) | 13,800.00 |
|     **Sales** | |
|       Bar- Dinner | 12,687.50 |
|       Bar- Lunch | 2,127.90 |
|       Dinner | 378,726.07 |
|       Food-Party | 28,289.40 |
|       Lunch | 35,044.30 |
|     **Total Sales** | 456,875.17 |
|   **Total Income** | 501,807.20 |
|   **Cost of Goods Sold** | |
|     **Cost of Goods Sold** | |
|       Beverage | 1,089.61 |
|       Food | 50,882.53 |
|       Food Products | 79,122.23 |
|       Liquor/Beer/Wine | 29,778.42 |
|       Meat/Poultry | 7,312.89 |
|       Produce | 16,984.31 |
|       Seafood | 6,210.42 |
|       Tortillas | 16,450.68 |
|     **Total Cost of Goods Sold** | 207,831.09 |
|   **Total COGS** | 207,831.09 |
| **Gross Profit** | 293,976.11 |
|   **Expense** | |
|     Advertising | 686.73 |
|     **Automobile Expense** | |
|       DMV Renewal | 419.00 |
|       Gas,/Pkg./Tolls | 8,976.32 |
|       Repairs & Maintenance | 200.73 |
|       Automobile Expense - Other | 2,198.18 |
|     **Total Automobile Expense** | 11,794.23 |
|     **Bank Service Charges** | |
|       Checks | 461.77 |
|       Merchant Card Fees | 7,554.65 |
|       Monthly Service Charges | 56.00 |
|       NSF Fees | 630.00 |
|     **Total Bank Service Charges** | 8,702.42 |

# DON RAMON'S
# Profit & Loss
January through December 2020

|  | Jan - Dec 20 |
|---|---:|
| **Building Maintenance & Repairs** | |
|     Equip Maintenance & Repairs | 10,191.59 |
|     Maintenance & Repairs | 13,095.96 |
|     Pest Control | 150.00 |
| **Total Building Maintenance & Repairs** | 23,437.55 |
| **Depreciation Expense** | 59,998.00 |
| **Donations / Contributions** | 1,956.00 |
| **Entertaining Outside Meals** | 7,309.72 |
| **Equipment Rental** | 9,129.36 |
| **Flowers & Decorations** | 763.62 |
| **Information Technology** | 86.95 |
| **Insurance** | |
|     Business | 18,658.44 |
|     Personal | 17,542.90 |
|     Work's Compensation | 5,097.10 |
| **Total Insurance** | 41,298.44 |
| **Interest Expense** | 61,470.00 |
| **Janitorial Expenses** | 6,350.00 |
| **Kitchen Expenses** | 23.17 |
| **Labor (Casual)** | 4,165.26 |
| **Laundry & Linen** | 3,728.39 |
| **Licenses and Permits** | |
|     Compliance-State | 675.00 |
|     Liquor License Renewal | 1,465.00 |
| **Total Licenses and Permits** | 2,140.00 |
| **Office / Admin Expenses** | |
|     Office Expenses | 1,038.56 |
|     Office Supplies | 4,442.31 |
|     Postage and Delivery | 483.96 |
|     Printing and Reproduction | 1,692.61 |
| **Total Office / Admin Expenses** | 7,657.44 |
| **Operating Expenses** | |
|     Fixed Operating Expenses | |
|         Security/Alarm Service | 726.00 |
|     **Total Fixed Operating Expenses** | 726.00 |
| **Total Operating Expenses** | 726.00 |

# DON RAMON'S
# Profit & Loss
### January through December 2020

|  | Jan - Dec 20 |
|---|---:|
| **Professional Fees** | |
|     Accounting / Bookkeeping | 3,525.00 |
|     Appraisal | 10,000.00 |
|     Business Consultant | 5,730.50 |
|     Legal Fees | 3,300.00 |
| **Total Professional Fees** | 22,555.50 |
| **Restaurant Supplies** | |
|     **Supplies** | |
|         Bar Supplies | 269.01 |
|         Kitchen Supplies | 3,439.05 |
|         Restaurant Supplies | 19,428.38 |
|     **Total Supplies** | 23,136.44 |
|     **TBD** | 1,700.00 |
|     **Restaurant Supplies - Other** | 67.45 |
| **Total Restaurant Supplies** | 24,903.89 |
| **Salaries and Wages** | |
|     Medical/Dental Expenses | 1,191.00 |
|     Net Pay | 197,015.31 |
|     Payroll Fees | 6,667.72 |
|     **Payroll Taxes** | |
|         Federal Payroll Tax | 3,324.14 |
|         State Payroll Tax | 712.37 |
|     **Total Payroll Taxes** | 4,036.51 |
| **Total Salaries and Wages** | 208,910.54 |
| **Selling Expenses** | |
|     Promotions | 495.00 |
| **Total Selling Expenses** | 495.00 |
| **Taxes** | |
|     Sales Tax | 15,000.00 |
| **Total Taxes** | 15,000.00 |
| **Telephone** | 2,370.85 |
| **Tips** | 4,004.78 |

# DON RAMON'S
# Profit & Loss
### January through December 2020

|  | Jan - Dec 20 |
|---|---:|
| **Utilities** | |
|     Cable Expenses | 6,897.98 |
|     Garbage | 7,955.47 |
|     Gas & Electric | 19,564.25 |
|     Water | 4,665.35 |
| **Total Utilities** | 39,083.05 |
| **Total Expense** | 568,746.89 |
| **Net Ordinary Income** | -274,770.78 |
| **Net Income** | **-274,770.78** |

# Two-Year Comparison 2019

Name(s) Shown on Return: LEONILA RAMIREZ

Social Security Number:

| Income | 2018 | 2019 | Difference | % |
|---|---|---|---|---|
| Wages, salaries, tips, etc. | | | | |
| Interest and dividend income | | | | |
| State tax refund | | | | |
| Business income (loss) | | -168,294. | -168,294. | |
| Capital and other gains (losses) | | | | |
| IRA distributions | | | | |
| Pensions and annuities | | 0. | 0. | |
| Rents and royalties | | 26,131. | 26,131. | |
| Partnerships, S Corps, etc | | | | |
| Farm income (loss) | | | | |
| Social security benefits | | 0. | 0. | |
| Income other than the above | | -460,096. | -460,096. | |
| **Total Income** | | -602,259. | -602,259. | |
| **Adjustments to Income** | | | | |
| **Adjusted Gross Income** | | -602,259. | -602,259. | |
| **Itemized Deductions** | | | | |
| Medical and dental | | 1,626. | 1,626. | |
| Income or sales tax | | | | |
| Real estate taxes | | | | |
| Personal property and other taxes | | | | |
| Interest paid | | | | |
| Gifts to charity | | | | |
| Casualty and theft losses | | | | |
| Miscellaneous | | | | |
| Total Itemized Deductions | 0. | 1,626. | 1,626. | |
| **Standard or Itemized Deduction** | | 13,500. | 13,500. | |
| **Qualified Business Income Deduction** | | 0. | 0. | |
| **Taxable Income** | | 0. | 0. | |
| Income tax | | 0. | 0. | |
| Additional income taxes | | | | |
| Alternative minimum tax | | | | |
| **Total Income Taxes** | | 0. | 0. | |
| Nonbusiness credits | | | | |
| Business credits | | | | |
| **Total Credits** | | | | |
| Self-employment tax | | | | |
| Other taxes | | | | |
| **Total Tax After Credits** | | 0. | 0. | |
| Withholding | | | | |
| Estimated and extension payments | | | | |
| Earned income credit | | | | |
| Additional child tax credit | | | | |
| Other payments | | | | |
| **Total Payments** | | | | |
| Form 2210 penalty | | | | |
| Applied to next year's estimated tax | | | | |
| **Refund** | | | | |
| **Balance Due** | | 0. | 0. | |

Current year effective tax rate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0.00 %

# LLC RESOLUTION

A meeting of the Members of DON RAMON'S REAL ESTATE LLC (the "LLC") was held on March 10, 2021. After a discussion, upon motion duly made carried, the following resolutions were adopted:

WHEREAS, the LLC is in serious financial condition and is unable to continue without debt relief; and

WHEREAS, it appears to the LLC's Members that it is in the best interests of the LLC, its Members, and creditors, to commence a case under Chapter 11 of Title 11, United States Bankruptcy Code (the "Bankruptcy Code");

NOW, THEREFORE, be it hereby resolved, that the Members find and determine that it is in the best interest of the LLC, its Members, and creditors, for it to commence a case under Chapter 11 of the Bankruptcy Code;

BE IT FURTHER RESOLVED that the Members and agents of the LLC be, and each of them hereby is, empowered and directed without further action to prepare, sign and file, or cause to be prepared, signed and filed, a petition for the commencement of a case under Chapter 11 of the Bankruptcy Code, in the United States Bankruptcy Court for the Northern District of California;

BE IT FURTHER RESOLVED that Leonila Ramirez, Managing Member of the LLC, is designated and authorized to act as the "Authorized Individual" for the signing of the Chapter 11 Voluntary Petition and as the LLC's "Responsible Individual" as may be required by the Local Bankruptcy Rules for the Northern District of California, and

BE IT FURTHER RESOLVED that the Members and agents of the LLC are authorized, empowered and directed to retain the Law Firm of Brunetti Rougeau LLP, to commence the

1

aforementioned Chapter 11 case, and to do all things, and to prepare, sign and file all papers or documents necessary or proper to the commencement of said Chapter 11 case; Brunetti Rougeau is authorized to take such actions in the bankruptcy case which Brunetti Rougeau, in its discretion, concludes are necessary to Brunetti Rougeau's and/or the LLC's fulfillment of its fiduciary obligations in the bankruptcy case.

BE IT FURTHER RESOLVED that this LLC Resolution and its terms hereunder shall remain in effect unless otherwise agreed upon or amended by the Members.

*Leonila Ramirez*
Leonila Ramirez
Managing Member

2

Case: 21-30191    Doc# 1    Filed: 03/10/21    Entered: 03/10/21 19:32:55    Page 15 of 16

# United States Bankruptcy Court
## Northern District of California

In re: **Don Ramon's Real Estate LLC**
Debtor(s)

Case No. _____
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Leonila Ramirez**<br>**826 Paloma Avenue**<br>**Oakland, CA 94610** | | **100% Equity**<br>**(Sole Member/Mgr.)** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **March 10, 2021**

Signature **/s/ Leonila Ramirez**
**Leonila Ramirez**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.