PROVENCHER & FLATT LLP
Douglas B. Provencher SBN 77823
823 Sonoma Avenue
Santa Rosa, CA 95404-4714
Telephone: (707) 284-2380
Facsimile: (707) 284-2387

Attorneys for Interested Persons

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>DON RAMON'S REAL ESTATE LLC<br><br>Debtor. | Case No. 21-30191<br><br>Chapter 11<br><br>Judge Hannah L. Blumenstiel<br><br>**REQUEST FOR NOTICE** |

The undersigned requests notice of these proceedings be sent by email only to:

    Douglas Provencher
    Provencher & Flatt, LLP
    823 Sonoma Avenue
    Santa Rosa, CA 95404
    (707) 284-2380
    (707) 284-2387 facsimile
    dbp@provlaw.com

Dated: March 14, 2021                    Provencher & Flatt LLP

                                            By /s/ *Douglas B. Provencher*
                                            Douglas B. Provencher (77823)